# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 2, 2015

**Before**

RICHARD A. POSNER, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 12-1456

| | |
|---|---|
| ZANE HOLDER,<br>        *Plaintiff-Appellee*, | Appeal from the United States District Court<br>for the Southern District of Illinois. |
| *v.* | No. 09 C 1082 |
| ILLINOIS DEPARTMENT OF<br>CORRECTIONS and ILLINOIS<br>DEPARTMENT OF CENTRAL<br>MANAGEMENT SERVICES,<br>        *Defendants-Appellants*. | J. Phil Gilbert,<br>*Judge* |

**O R D E R**

The mandate is **RECALLED** for the limited purpose of correcting this Court's opinion of May 2, 2014. That opinion is corrected as follows:

On page 15 of the opinion, the parenthetical explanation immediately following the citation to *Darst v. Interstate Brands Corp.*, 512 F.3d 903, 907, 911-12 (7th Cir. 2008) is amended as follows: (When the employee returned from his July 29th, August 2d and 3d leave, the company immediately terminated him for taking leave to which he had not been entitled under the FMLA as he was not seeking treatment for alcoholism at the time).